STEPHEN M. LOBBIN
sml@smlavvocati.com
SML AVVOCATI P.C.
969 Hilgard Avenue, Suite 1012
Los Angeles, California 90024
(949) 636-1391 (Phone)

*Attorney(s) for Rothschild Broadcast Distribution Systems, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC,**<br><br>*Plaintiff*,<br><br>v.<br><br>**MOBI TECHNOLOGIES, INC.,**<br><br>*Defendant*. | **CASE NO. 2:21-cv-06239**<br><br>**JURY TRIAL DEMANDED** |

## COMPLAINT

Plaintiff Rothschild Broadcast Distribution Systems, LLC ("Plaintiff" or "Rothschild Broadcast Distribution Systems") files this complaint against MOBI Technologies, Inc. ("MOBI") for infringement of U.S. Patent No. 8,856,221 (hereinafter the "`221 Patent") and alleges as follows:

## PARTIES

1.      Plaintiff is a Texas limited liability company with an address at 1 East Broward Boulevard, Suite 700, Ft. Lauderdale, FL 33301.

2.      On information and belief, Defendant is a California corporation, with a place of business at 725 West Washington Blvd., Los Angeles, CA 90015.   On information and belief, Defendant may be served through its agent, David E. Naghi, at the same address.

## JURISDICTION AND VENUE

3.      This action arises under the patent laws of the United States, 35 U.S.C. § 271 et seq.  Plaintiff is seeking damages, as well as attorney fees and costs.

4.      Jurisdiction is proper in this Court pursuant to 28 U.S.C. §§ 1331 (Federal Question) and 1338(a) (Patents).

5.      On information and belief, this Court has personal jurisdiction over Defendant because Defendant has committed, and continues to commit, acts of infringement in this District, has conducted business in this District, and/or has engaged in continuous and systematic activities in this District.

6.      Upon information and belief, Defendant's instrumentalities that are alleged herein to infringe were and continue to be used, imported, offered for sale, and/or sold in the District.

7.      Venue is proper in this District under 28 U.S.C. §1400(b) because Defendant is deemed to be a resident in this District. Alternatively, acts of infringement are occurring in this District and Defendant has a regular and established place of business in this District.

## BACKGROUND

8.      On October 7, 2014, the United States Patent and Trademark Office ("USPTO") duly and legally issued the `221 Patent, entitled "System and Method for Storing Broadcast Content in a Cloud-Based Computing Environment" after the USPTO completed a full and fair examination.   The '221 Patent is attached as Exhibit A.

9.      Rothschild Broadcast Distribution Systems is currently the owner of the `221 Patent.

10.     Rothschild Broadcast Distribution Systems possesses all rights of recovery under the `221 Patent, including the exclusive right to recover for past, present and future infringement.

11.     The `221 Patent contains thirteen claims including two independent claims

COMPLAINT AGAINST MOBI TECHNOLOGIES, INC.

(claims 1 and 7) and eleven dependent claims.

## COUNT ONE

### (Infringement of United States Patent No. 8,856,221)

12.     Plaintiff refers to and incorporates the allegations in Paragraphs 1 - 11, the same as if set forth herein.

13.     This cause of action arises under the patent laws of the United States and, in particular under 35 U.S.C. §§ 271, *et seq*.

14.     Defendant has knowledge of its infringement of the `221 Patent, at least as of the service of the present complaint.

15.     The '221 Patent teaches a method and apparatus for media content storage and delivery.  '221 Patent, Abstract.  Among other things, the claimed system includes a server, which has a receiver in communication with a processor.  *Id*. The receiver receives a request message. *Id*.  The request message includes media data indicating requested media content and a consumer device identifier corresponding to a consumer device.  *Id*. The processor determines whether the consumer device identifier corresponds to a registered consumer device.  *Id*. If the processor determines that the consumer device identifier corresponds to the registered consumer device, then the processor determines whether the request message is one of a storage request message and a content request message. *Id*. If the request message is the storage request message, then the processor is further configured to determine whether the requested media content is available for storage.  *Id*. If the request message is the content request message, then the processor initiates delivery of the requested media content to the consumer device.  *Id*.

16.     The present invention solves problems that existed with then-existing media delivery systems. One problem with prior delivery systems is that the customer was charged according to the expenses of the provider rather than the usage of the customer.  '221 Patent, 1:31-57. Customers were not charged based on the amount of programming delivered or the amount or duration of the customer's storage of media.

*Id*.  Another such problem, more generally, is that customers were not billed and services were not provided, in a way that was tailored to the customer's needs and usage.  *Id*., 2:3-13.

17.     A number of aspects of the invention(s) embodied in the '221 Patent overcome the problems with the prior art.  For example, the inventive system includes a processor in communication with a receiver. *Id*., 2:23-34.  The processor determines media content characteristics that correspond to the media content to be stored. *Id*.  The processor determines a length of time to store the media content based on the media data and determines a cost amount based at least in part on the determined media content characteristics and length of time to store the media content.  *Id*.   As another example, the system makes a determination that media content is available for download. *Id*., 2:64-3:2. A determination is made that content is not stored. Download of the media content is initiated.  Id. The media content is received and the received media content is stored. *Id*.

18.     The '221 Patent is directed to computerized technologies to provide users with tailored media delivery systems and tailored billing for such systems. Among other things, the '221 Patent claims include sending and receiving of request messages indicating requested media content and including a device identifier corresponding to a consumer device.  A determination is made whether the identifier corresponds to the device.  A determination is also made as to whether the request is for delivery or storage.  The media data in the request includes time data that indicates a length of time for storage.  A processor is configured to determine whether requested media exists and whether there are any restrictions associated with delivery or storage of the requested media.

19.     The system(s) and methods of the '221 Patent include software and hardware that do not operate in a conventional manner.  For example, the software is tailored to provide functionality to perform recited steps and the processor is configured (and/or programmed) to provide functionality recited throughout the claims of the '221

COMPLAINT AGAINST MOBI TECHNOLOGIES, INC.

1   Patent.

2       20.    The '221 Patent solves problems with the art that are rooted in computer

3   technology and that are associated with electronic transmission, loading, and storage of

4   location information, as well as automatic provisioning of route guidance. The '221

5   Patent claims do not merely recite the performance of some business practice known

6   from the pre-Internet world along with the requirement to perform it on the Internet.

7       21.    The improvements of the '221 Patent and the features recited in the claims

8   in the '221 Patent provide improvements to conventional hardware and software

9   systems and methods.  The improvements render the claimed invention of the '221

10  Patent non-generic in view of conventional components.

11      22.    The improvements of the '221 Patent and the features recitations in the

12  claims of the '221 Patent are not those that would be well-understood, routine or

13  conventional to one of ordinary skill in the art at the time of the invention.

14      23.    Accordingly, Defendant has infringed, and continues to infringe, the `221

15  Patent in violation of 35 U.S.C. § 271.  Upon information and belief, Defendant has

16  infringed and continues to infringe one or more claims, including at least Claim 7, of

17  the '221 Patent by making, using, importing, selling, and/or offering for media content

18  storage and delivery systems and services covered by one or more claims of the '221

19  Patent.

20      24.    Defendant sells, offers to sell, and/or uses media content storage and

21  delivery systems and services, including, without limitation, the MobiCam security

22  camera platform, any associated hardware, software and apps, as well as any similar

23  products ("Product"), which infringe at least Claim 7 of the '221 Patent.

24      25.    The Product practices a method of storing (e.g., cloud storage) media

25  content (e.g., recording) and delivering requested media content (streaming video,

26  recorded videos, etc.) to a consumer device (e.g., mobile device with app or software).

27  Certain aspects of these elements are illustrated in the screenshots below and/or in those

28  provided in connection with other allegations herein.

1
2
3
4
5
6



7 Source: https://apps.apple.com/us/app/mobicam/id1308840295

8
9
10
11

With MobiCam App, monitor and stay connected from any location. Use MobiCam app to live stream HD quality video, listen and talk through the built-in speaker and microphone, setup motion alerts and notifications, view up to 40ft in total darkness with high quality night vision, playback and recording.

12 Source: https://apps.apple.com/us/app/mobicam/id1308840295

13
14
15

MobiCams are intended for live viewing purposes only, as the device is built as a surveillance camera. (Unsure what this means? Read this article here for MobiCam's intended use: What is the difference between a surveillance camera and a security camera?)

16
17

**MobiCams will save in one of three locations, depending on device: the SD card, locally on the user's phone, or through an offered Cloud Storage service.**

18
19 Source: https://mobisupport.zendesk.com/hc/en-us/articles/360057807714-Where-does-my-video-save-Where-can-l-view-saved-footage-

20

Saving to the Cloud

21
22

*Please be aware that this option is only available to the MobiCam HDX V2 (70196-SK) as an additional subscription.*

23
24
25

In the MOBI Smart app, navigate to the Me icon at the bottom, then select More Services, then Cloud Storage for Cameras. The camera will upload the encrypted video data to the cloud once the service is established. You can then check the previous video via the app. (This service will not backdate, and the uploads will only begin after the subscription is started.)
Note: This subscription is per camera.

26
27 Source: https://mobisupport.zendesk.com/hc/en-us/articles/360057807714-Where-does-my-video-save-Where-can-l-view-saved-footage-

28

COMPLAINT AGAINST MOBI TECHNOLOGIES, INC.

26.     The Product necessarily includes a receiver configured to receive a request message including data indicating requested media content (e.g., the Product must have infrastructure to receive a request to store recorded media content or to stream recorded media content on a smartphone; additionally, the request message must contain data that identifies the content to be stored or streamed) and a consumer device identifier corresponding to a consumer device (e.g., the user credentials are used to access the contents of the Product). Certain aspects of these elements are illustrated in the screenshots below and/or in those provided in connection with other allegations herein.

> MobiCams are intended for live viewing purposes only, as the device is built as a surveillance camera. (Unsure what this means? Read this article here for MobiCam's intended use: What is the difference between a surveillance camera and a security camera?)
>
> **MobiCams will save in one of three locations, depending on device: the SD card, locally on the user's phone, or through an offered Cloud Storage service.**

Source: https://mobisupport.zendesk.com/hc/en-us/articles/360057807714-Where-does-my-video-save-Where-can-I-view-saved-footage-

> **Saving to the Cloud**
>
> *Please be aware that this option is only available to the MobiCam HDX V2 (70196-SK) as an additional subscription.*
>
> In the MOBI Smart app, navigate to the Me icon at the bottom, then select More Services, then Cloud Storage for Cameras. The camera will upload the encrypted video data to the cloud once the service is established. You can then check the previous video via the app. (This service will not backdate, and the uploads will only begin after the subscription is started.)
> Note: This subscription is per camera.

Source: https://mobisupport.zendesk.com/hc/en-us/articles/360057807714-Where-does-my-video-save-Where-can-I-view-saved-footage-

COMPLAINT AGAINST MOBI TECHNOLOGIES, INC.



Source: https://cdn.shopify.com/s/files/1/1068/4858/files/2019-05-14-70196_MobiCam_HDX_Series_fafd6252-9e3c-4030-92fa-9d232eb252e8.pdf?357

27.    The   Product   necessarily   determines   whether   the   consumer   device identifier corresponds to the registered consumer device (e.g., a user must be a registered user to access the Product's services). Certain aspects of these elements are illustrated in the screenshots below and/or in those provided in connection with other allegations herein.



With MobiCam App, monitor and stay connected from any location. Use MobiCam app to live stream HD quality video, listen and talk through the built-in speaker and microphone, setup motion alerts and notifications, view up to 40ft in total darkness with high quality night vision, playback and recording.

Source: https://apps.apple.com/us/app/mobicam/id1308840295



Source: https://cdn.shopify.com/s/files/1/1068/4858/files/2019-05-14-70196_MobiCam_HDX_Series_fafd6252-9e3c-4030-92fa-9d232eb252e8.pdf?357

COMPLAINT AGAINST MOBI TECHNOLOGIES, INC.

28.    The Product provides for both media downloads and/or storage, and media streaming. After a successful login, the Product necessarily determines whether the request received from a customer is a request for storage (e.g., recording or storing content) or content (e.g., streaming of media content).  Certain aspects of these elements are illustrated in the screenshots below and/or in those provided in connection with other allegations herein.

CAN I ACCESS MY RECORDINGS FROM ANYWHERE?

Yes, your recordings save to the MobiCam App Album or directly to your phone. As long as you have access to your phone and/or MobiCam app.

Source: https://www.getmobi.com/pages/mobicam-mp-trouble-shooting

The recording will last until the record button is tapped again, or until the device runs out of potential storage for the video. The video will be stored where any other camera based video is saved on the device.

iOS: The snapshots and videos saved will be available in the Photo Album inside the app. From there, tap the desired image or video, then tap the bottom left icon to save the media to Camera Roll / Photo App or shared through desired external app.

Android: The snapshots and videos saved will be available in the Gallery app on the device. Images and videos are directly shareable as above, or by navigating to /Internal Storage/Camera/-image name- to share the image directly outside of the MOBI app.

Source: https://mobisupport.zendesk.com/hc/en-us/articles/360057807714-Where-does-my-video-save-Where-can-I-view-saved-footage-

COMPLAINT AGAINST MOBI TECHNOLOGIES, INC.



| Record | Playback | Share |

Source: https://www.getmobi.com/products/mobicam-hdx-version-2

**Record & Playback**
No Internet? No problem, the MobiCam can store up to 20 days of recording via an optional microSD card (sold separately). No subscription required

Source: https://www.getmobi.com/pages/mobicam-pan-tilt

29.    The Product verifies that media content identified in the media data of the storage request message (e.g., request to record content) is available for storage in order to prevent data errors that would result from attempting to store content that is not available for storage. The Product must verify that the media content (e.g. specific recording) identified in the media data of the storage request message is available for storage in order to prevent data errors that would result from attempting to store content that is not available for storage (e.g., the product must verify a user's ability to store media content is limited to a certain amount of memory and/or time). Certain aspects of these elements are illustrated in the screenshots below and/or in those provided in connection with other allegations herein.

COMPLAINT AGAINST MOBI TECHNOLOGIES, INC.

MobiCams are intended for live viewing purposes only, as the device is built as a surveillance camera. (Unsure what this means? Read this article here for MobiCam's intended use: What is the difference between a surveillance camera and a security camera?)

**MobiCams will save in one of three locations, depending on device: the SD card, locally on the user's phone, or through an offered Cloud Storage service.**

Source: https://mobisupport.zendesk.com/hc/en-us/articles/360057807714-Where-does-my-video-save-Where-can-I-view-saved-footage-

**Saving to the Cloud**

*Please be aware that this option is only available to the MobiCam HDX V2 (70196-SK) as an additional subscription.*

In the MOBI Smart app, navigate to the Me icon at the bottom, then select More Services, then Cloud Storage for Cameras. The camera will upload the encrypted video data to the cloud once the service is established. You can then check the previous video via the app. (This service will not backdate, and the uploads will only begin after the subscription is started.)

Note: This subscription is per camera.

Source: https://mobisupport.zendesk.com/hc/en-us/articles/360057807714-Where-does-my-video-save-Where-can-I-view-saved-footage-

Source: https://www.getmobi.com/products/mobicam-hdx-version-2
Source: https://www.getmobi.com/pages/mobicam-pan-tilt

30.    If a customer requests content (e.g., live streaming of media content), then a processor within the Product necessarily initiates delivery of the content to the customer's device. The Product will initiate delivery of the requested media content to the consumer device (e.g., stream media content feed to a smartphone or tablet etc.) if the request message is a content request message (e.g., request for live streaming). Certain aspects of these elements are illustrated in the screen shots below and/or in screen shots provided in connection with other allegations herein.

1
2
3
4

With MobiCam App, monitor and stay connected from any location. Use MobiCam app to live stream HD quality video, listen and talk through the built-in speaker and microphone, setup motion alerts and notifications, view up to 40ft in total darkness with high quality night vision, playback and recording.

Source: https://apps.apple.com/us/app/mobicam/id1308840295

5
6
7
8

CAN I ACCESS MY RECORDINGS FROM ANYWHERE?

Yes, your recordings save to the MobiCam App Album or directly to your phone. As long as you have access to your phone and/or MobiCam app.

Source: https://www.getmobi.com/pages/mobicam-mp-trouble-shooting

9
10
11
12
13
14
15

RECORDING AND STORAGE ⌄

Record endlessly or choose from our options of home monitoring including motion or manual. Optional cloud based storage and memory (sold separately) lets you choose where you want to store your footage.

Source: https://www.getmobi.com/products/mobicam-hdx-version-2

16
17
18
19
20
21
22
23
24
25
26
27
28

COMPLAINT AGAINST MOBI TECHNOLOGIES, INC.

**Saving to the Cloud**

*Please be aware that this option is only available to the MobiCam HDX V2 (70196-SK) as an additional subscription.*

In the MOBI Smart app, navigate to the Me icon at the bottom, then select More Services, then Cloud Storage for Cameras. The camera will upload the encrypted video data to the cloud once the service is established. You can then check the previous video via the app. (This service will not backdate, and the uploads will only begin after the subscription is started.)
Note: This subscription is per camera.

Source: https://mobisupport.zendesk.com/hc/en-us/articles/360057807714-Where-does-my-video-save-Where-can-I-view-saved-footage-

Record & Playback
No Internet? No problem, the MobiCam can store up to 20 days of recording via an optional microSD card (sold separately). No subscription required

Source: https://www.getmobi.com/pages/mobicam-pan-tilt

31.    The media data includes date and time information to identify conference start and stop times, as well as meeting length.  Time data may also indicate a length of time to store the requested media content (e.g., a user is allowed to store media content for a retention period defined by a variable amount of time). Certain aspects of these elements are illustrated in the screenshots below and/or in those provided in connection with other allegations herein.

With MobiCam App, monitor and stay connected from any location. Use MobiCam app to live stream HD quality video, listen and talk through the built-in speaker and microphone, setup motion alerts and notifications, view up to 40ft in total darkness with high quality night vision, playback and recording.

Source: https://apps.apple.com/us/app/mobicam/id1308840295

CAN I ACCESS MY RECORDINGS FROM ANYWHERE?

Yes, your recordings save to the MobiCam App Album or directly to your phone. As long as you have access to your phone and/or MobiCam app.

Source: https://www.getmobi.com/pages/mobicam-mp-trouble-shooting

**Saving to the Cloud**

*Please be aware that this option is only available to the MobiCam HDX V2 (70196-SK) as an additional subscription.*

In the MOBI Smart app, navigate to the Me icon at the bottom, then select More Services, then Cloud Storage for Cameras. The camera will upload the encrypted video data to the cloud once the service is established. You can then check the previous video via the app. (This service will not backdate, and the uploads will only begin after the subscription is started.)
Note: This subscription is per camera.

Source: https://mobisupport.zendesk.com/hc/en-us/articles/360057807714-Where-does-my-video-save-Where-can-I-view-saved-footage-



3 recording modes: Motion, Manually, or Continuously For Days

Keep storage for 30 days or use the optional 128GB microSD card (sold separately)

Compatible with all Android and Apple devices

Record & Playback
No Internet? No problem, the MobiCam can store up to 20 days of recording via an optional microSD card (sold separately). No subscription required

Source: https://www.getmobi.com/products/mobicam-hdx-version-2
Source: https://www.getmobi.com/pages/mobicam-pan-tilt

32.     The Product must first determine whether the requested media content exists prior to initiating delivery in order to prevent data errors that would result from

attempting to transmit media content that does not exist (e.g., the product must verify that a particular requested data is stored in the cloud). Also, a user can view the history of media content and the processor can identify the existence of that particular media content.   Certain aspects of these elements are illustrated in the screenshots below and/or in those provided in connection with other allegations herein.

> With MobiCam App, monitor and stay connected from any location. Use MobiCam app to live stream HD quality video, listen and talk through the built-in speaker and microphone, setup motion alerts and notifications, view up to 40ft in total darkness with high quality night vision, playback and recording.

Source: https://apps.apple.com/us/app/mobicam/id1308840295

> CAN I ACCESS MY RECORDINGS FROM ANYWHERE?
>
> Yes, your recordings save to the MobiCam App Album or directly to your phone. As long as you have access to your phone and/or MobiCam app.

Source: https://www.getmobi.com/pages/mobicam-mp-trouble-shooting

> **Saving to the Cloud**
>
> *Please be aware that this option is only available to the MobiCam HDX V2 (70196-SK) as an additional subscription.*
>
> In the MOBI Smart app, navigate to the Me icon at the bottom, then select More Services, then Cloud Storage for Cameras. The camera will upload the encrypted video data to the cloud once the service is established. You can then check the previous video via the app. (This service will not backdate, and the uploads will only begin after the subscription is started.)
>
> Note: This subscription is per camera.

Source: https://mobisupport.zendesk.com/hc/en-us/articles/360057807714-Where-does-my-video-save-Where-can-I-view-saved-footage-

---

COMPLAINT AGAINST MOBI TECHNOLOGIES, INC.

Source: https://www.getmobi.com/products/mobicam-hdx-version-2

The recording will last until the record button is tapped again, or until the device runs out of potential storage for the video. The video will be stored where any other camera based video is saved on the device.

iOS: The snapshots and videos saved will be available in the Photo Album inside the app. From there, tap the desired image or video, then tap the bottom left icon to save the media to Camera Roll / Photo App or shared through desired external app.

Android: The snapshots and videos saved will be available in the Gallery app on the device. Images and videos are directly shareable as above, or by navigating to /Internal Storage/Camera/-image name- to share the image directly outside of the MOBI app.

Source: https://mobisupport.zendesk.com/hc/en-us/articles/360057807714-Where-does-my-video-save-Where-can-I-view-saved-footage-

33.    After the processor determines whether the requested media content is available, it determines whether there are restrictions associated with the requested media content (e.g., user access restrictions, etc.). Certain aspects of these elements are illustrated in the screenshots below and/or those provided in connection with other allegations herein.

With MobiCam App, monitor and stay connected from any location. Use MobiCam app to live stream HD quality video, listen and talk through the built-in speaker and microphone, setup motion alerts and notifications, view up to 40ft in total darkness with high quality night vision, playback and recording.

Source: https://apps.apple.com/us/app/mobicam/id1308840295

CAN I ACCESS MY RECORDINGS FROM ANYWHERE?

Yes, your recordings save to the MobiCam App Album or directly to your phone. As long as you have access to your phone and/or MobiCam app.

Source: https://www.getmobi.com/pages/mobicam-mp-trouble-shooting

MobiCams are intended for live viewing purposes only, as the device is built as a surveillance camera. (Unsure what this means? Read this article here for MobiCam's intended use: What is the difference between a surveillance camera and a security camera?)

**MobiCams will save in one of three locations, depending on device: the SD card, locally on the user's phone, or through an offered Cloud Storage service.**

Source: https://mobisupport.zendesk.com/hc/en-us/articles/360057807714-Where-does-my-video-save-Where-can-I-view-saved-footage-

COMPLAINT AGAINST MOBI TECHNOLOGIES, INC.

1

2

3

4

5

**Saving to the Cloud**

*Please be aware that this option is only available to the MobiCam HDX V2 (70196-SK) as an additional subscription.*

In the MOBI Smart app, navigate to the Me icon at the bottom, then select More Services, then Cloud Storage for Cameras. The camera will upload the encrypted video data to the cloud once the service is established. You can then check the previous video via the app. (This service will not backdate, and the uploads will only begin after the subscription is started.)

Note: This subscription is per camera.

6

7

Source: https://mobisupport.zendesk.com/hc/en-us/articles/360057807714-Where-does-my-video-save-Where-can-I-view-saved-footage-

8

9

10

11

12

13

14



Record          Playback          Share

15

Source: https://www.getmobi.com/products/mobicam-hdx-version-2

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT AGAINST MOBI TECHNOLOGIES, INC.

MobiCam offers:
1. Voice prompt instructions for fast and easy setup.
2. Monitor and stay connected remotely from any location
3. View perfectly up to 40 feet in total darkness
4. Motion alerts and notifications
5. Secure video encryption for up to 15 authorized users
6. Two-way audio allows for talk back and listening
7. Expandable system up to 16 cameras allows multiple rooms and locations monitoring
8. View up to 4 cameras simultaneously in app
9. 3 recording modes: Motion, Manually, or Continuously
10. MobiCam can store up to 20 days of recording with optional memory card

Source: https://apps.apple.com/us/app/mobicam/id1308840295

**RECORDING AND STORAGE** ⌄

Record endlessly or choose from our options of home monitoring including motion or manual. Optional cloud based storage and memory (sold separately) lets you choose where you want to store your footage.

Source: https://www.getmobi.com/products/mobicam-hdx-version-2

3 recording modes: Motion, Manually, or Continuously For Days

Keep storage for 30 days or use the optional 128GB microSD card (sold separately)

Record & Playback
No Internet? No problem, the MobiCam can store up to 20 days of recording via an optional microSD card (sold separately). No subscription required

Compatible with all Android and Apple devices

Source: https://www.getmobi.com/products/mobicam-hdx-version-2
Source: https://www.getmobi.com/pages/mobicam-pan-tilt

34.    Defendant's actions complained of herein will continue unless Defendant

1  is enjoined by this Court.

2      35.   Defendant's actions complained of herein is causing irreparable harm and

3  monetary damage to Plaintiff and will continue to do so unless and until Defendant is

4  enjoined and restrained by this Court.

5      36.     The `221 Patent is valid, enforceable, and was duly issued in full

6  compliance with Title 35 of the United States Code.

7      37.     A copy of the '221 Patent, titled "System and Method for Storing

8  Broadcast Content in a Cloud-based Computing Environment," is attached hereto as

9  Exhibit A.

10     38.     By engaging in the conduct described herein, Defendant has injured

11  Plaintiff and is liable for infringement of the `221 Patent, pursuant to 35 U.S.C. § 271.

12     39.   Defendant has committed these acts of literal infringement, or infringement

13  under the doctrine of equivalents of the `221 Patent, without license or authorization.

14     40.   As a result of Defendant's infringement of the `221 Patent, injured Plaintiff

15  has suffered monetary damages and is entitled to a monetary judgment in an amount

16  adequate to compensate for Defendant's past infringement, together with interests and

17  costs.

18     41.     Plaintiff is in compliance with 35 U.S.C. § 287.

19     42.     As such, Plaintiff is entitled to compensation for any continuing and/or

20  future infringement of the `221 Patent up until the date that Defendant ceases its

21  infringing activities.

22                      **DEMAND FOR JURY TRIAL**

23     43.     Rothschild Broadcast Distribution Systems, under Rule 38 of the Federal

24  Rules of Civil Procedure, requests a trial by jury of any issues so triable by right.

25                        **PRAYER FOR RELIEF**

26     WHEREFORE, Plaintiff asks the Court to:

27     (a)   Enter judgment for Plaintiff on this Complaint on all cases of action

28  asserted herein;

(b)      Enter an Order enjoining Defendant, its agents, officers, servants, employees, attorneys, and all persons in active concert or participation with Defendant who receives notice of the order from further infringement of United States Patent No. 8,856,221 (or, in the alternative, awarding Plaintiff running royalty from the time judgment going forward);

(c)      Award Plaintiff damages resulting from Defendants infringement in accordance with 35 U.S.C. § 284;

(d)   Award Plaintiff such further relief to which the Court finds Plaintiff entitled under law or equity.

Dated: August 2, 2021                    Respectfully submitted,

                                         */s/ Stephen M. Lobbin*

                                         **Attorney(s) for Plaintiff Rothschild Broadcast Distribution Systems, LLC**